F I L E D
Clerk
District Court

APR 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ) | Miscellaneous No. 08-00017 |
| ) | |
| THE MATTER OF THE PLAN FOR THE ) | |
| ADMINISTRATION AND OPERATION ) | O R D E R |
| OF THE COURT NON-APPROPRIATED ) | |
| LIBRARY KEY FUND ) | |
| (MISCELLANEOUS NOS. 90-0001 AND ) | |
| 91-0016) ) | |
| _____) | |

By Miscellaneous Order Nos. 90-0001 (Oct. 5, 1990) and 91-0016 (May 31, 1991), the Court created, and has since October 9, 1990, maintained, the Library Key Fund under an interest bearing checking account with Bank of Hawaii, Garapan, Saipan Branch, Checking Account No. 0032-047122; and,

WHEREAS the Library Key Fund has been closed, all keyholders notified of their right to a refund of a portion of their key deposits, and there has been no request for a refund for more than four years; NOW, THEREFORE,

IT IS ORDERED that the Library Key Fund Account No. 0032-047122 with Bank of Hawaii, Garapan, Saipan Branch be and hereby is closed and that the account balance of $3,499.36 be and is hereby transferred to the Court's miscellaneous receipts with the U. S. Treasury.

Dated this 14th day of April, 2008.

_____
ALEX R. MUNSON, Chief Judge