UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

Operation and Maintenance of the Refundable
Library Key Fund

In accordance with the newly instituted Library Key Fund, the following procedures shall govern the operation and maintenance of the Fund effective this date:

1. Deposits shall be receipted. The Clerk or any deputy clerk shall issue a receipt in duplicate. The original shall be given to the depositor and the copy shall be retained in the receipt book for record.

2. Deposits collected shall be deposited in a regular savings account (separate from the Miscellaneous fund). This arrangement permits the withdrawal of funds for refund at any time upon request. Deposits shall be made as often as practicable. Interest earned from the Fund shall be withdrawn and deposited in the Library Miscellaneous Fund.

3. Before making a refund, the Clerk or any deputy clerk shall first review the Library Key Log Sheet for verification of the deposit made.

4. A receipt for the refund shall also be issued in duplicate and signed by the receiver of the refund money as an acknowledgement. The original of the receipt shall be retained for record and the copy shall be given to the receiver of the refund money.

5. The fund shall at all times be securely stored in the safe. Similarly, the receipt books and related records shall be stored in the vault.

6. The Clerk or the Financial Deputy shall periodically make a "cash count" of the Fund and reconcile records.

7. Any discovered discrepancy shall be reported forthwith to the Clerk.

Dated this 9th day of October, 1990.

_____
Hedwig V. Hofschneider
Clerk of Court


Approved: _____
Alex R. Munson
Chief Judge

AO 72
(Rev. 8/82)